UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HARDIN INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | No. 2:17-cv-1227 JAM CKD P<br><br><br>ORDER |

On July 14, 2017, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's July 7, 2017 order denying plaintiff's motion for appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 12) is denied.

DATED: September 28, 2017

　　　　　　　　　　　　　　　　　/s/ John A. Mendez                    
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE